IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE CLEMENTS #35551,

    Plaintiff,

v.                                                   CIV 15-1017 MV/KBM

GEO GROUP, INC. AND
CORIZON, INC.,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On July 27, 2017, the Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition (*Doc. 67*), in which she recommended that Plaintiff's request for a settlement conference be denied, that summary judgment be entered in favor of Defendants, and that this action be dismissed with prejudice. The proposed findings notified the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 67)* is **ADOPTED**;

2. Defendant GEO Group, Inc.'s *Martinez* Report (*Doc. 52*) is **GRANTED**;

3. Defendant Corizon's Martinez Report and Motion for Summary Judgment (*Doc. 54*) is **GRANTED**;

4. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

_____
UNITED STATES DISTRICT JUDGE